# Third District Court of Appeal

## State of Florida

Opinion filed January 5, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0638
Lower Tribunal No. 19-7942-CC
_____

**Ft. Trade Financial, Corporation,**
Appellant,

vs.

**Roadway, Inc.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Maria D. Ortiz, Judge.

Wilson Law Firm South Florida, P.A., and Paul E. Wilson (Plantation), for appellant.

Benitez & Associates, and Leo Benitez and Lizette Benitez, for appellee.

Before EMAS, LOGUE, and LINDSEY, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Umana v. Citizens Prop. Ins. Corp.</u>, 282 So. 3d 933, 934 (Fla. 3d DCA 2019) ("[W]hile it is true that the absence of a transcript is not necessarily fatal to review of a trial court's decision at a summary judgment hearing, it is not the nature of the hearing, but rather than the nature of the alleged error, which dictates the adequacy of the record on appeal[.]") (internal citations omitted); <u>Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d 1150, 1152 (Fla. 1979) ("In appellate proceedings the decision of a trial court has the presumption of correctness and the burden is on the appellant to demonstrate error.").